In the Matter of LAWYERS TITLE AND GUARANTY COMPANY (20-24 Van Dam St. and 233-245 Spring St., New York City — Mortgage No. 408,119, Certificate No. 447). ALFRED J. CALLAHAN, as Trustee, et al., Respondents; ANTON GRONICH, as Trustee under the Will of BENJAMIN HIRSCH, Deceased, Appellant.—

Settle order on notice. Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

J. H. HOLDING CO., INC., Appellant, v. M. JOSEPHINE WOOTEN, Respondent. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. N. SUMERGRADE & SONS, INC., Appellant. [Three Cases.] No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of ST. LAWRENCE LIFE ASSOCIATION, Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Townley and Dore, JJ., dissent and vote to annul the determination.

In the Matter of COLUMBIAN PROTECTIVE ASSOCIATION, Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Townley and Dore, JJ., dissent and vote to annul the determination.

FANNIE GOETZ et al., Appellants, v. 1784 PROSPECT AVENUE COMPANY, INC., Respondent.—

Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Respondent, v. LOUIS FRIEDMAN REALTY CO., INC., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

IRWIN ROSENMAN, Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONG YEE, GEE SHING TUNG, WONG LEE, TOM HOW, CHU MING TUNG, TOM FOON, HUIE WAH, GEORGE WO, GEORGE ANG, WONG LEE and SANG GEE, Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.